■ STEVEN CLAMPET, Appellant, v LEON KOPPELMAN et al., Respondents. (And a Third-Party Action.) [616 NYS2d 253] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Henry, J.), dated August 18, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Henry at the Supreme Court. Rosenblatt, J. P., Copertino, Joy and Florio, JJ., concur.